FILED

03/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0465

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0465

_____

SIEBEN RANCH COMPANY,

    *Plaintiff and Appellee,*

            v.

ORDER

RANDALL G. ADAMS, a/k/a Randy
Adams, a/k/a Ray Adams; and LEE
MCDONALD,

    *Defendants and Appellants,*

_____

Upon consideration of the Appellee's motion for an extension of time and good cause appearing,

IT IS HEREBY ORDERED that Appellee's answer brief shall be due April 19, 2021.

By:_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 16 2021